STATE v. ROBINSON

No. 211PA93

Case below: 110 N.C.App. 284

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question denied 1 July 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed, and the Court further directs defendant to brief the issue of double jeopardy as well as the issue on the "year and a day" rule 1 July 1993.

STATE v. TALLEY

No. 214P93

Case below: 110 N.C.App. 180

Petition by defendant for writ of supersedeas and temporary stay denied 1 July 1993.

STATE v. TAYLOR

No. 212P93

Case below: 109 N.C.App. 692

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

TOWN OF NORTH WILKESBORO v. WINEBARGER

No. 201P93

Case below: 109 N.C.App. 702

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

WATSON ELECTRICAL CONSTRUCTION CO. v.
CITY OF WINSTON-SALEM

No. 132P93

Case below: 109 N.C.App. 194

Petition by defendant (City of Winston-Salem) for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.